**STATE of Missouri, Respondent,**

v.

**Robert L. BUCK, Appellant.**

**WD 79346**

Missouri Court of Appeals,
Western District.

ORDER FILED: December 27, 2016

Chris Koster, Attorney General, Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

William J. Swift, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Two: Lisa White Hardwick, Presiding Judge, and Karen King Mitchell and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Robert Buck appeals, following a jury trial, his conviction of a single count of the class C felony of forgery, § 570.090, for which he was sentenced as a persistent felony offender to two years' imprisonment. On appeal, Buck challenges the overruling of his motion to suppress and the admission of an invoice found in a motel room he had rented. Finding no error, we affirm. Rule 30.25(b).